IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JACKIE WALKER, )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO.: CV507-088
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
Defendant. )

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report, wherein he recommended that the decision of the Commissioner of the Social Security Administration be affirmed. In her Objections, Plaintiff contends that the Administrative Law Judge ("ALJ") and the Magistrate Judge incorrectly found that there were no trigger points indicated in any of her examinations. Plaintiff further contends that the opinion of her treating physician, Dr. Goggans, was improperly discounted. Plaintiff asserts that the Commissioner did not even comment on Dr. Tidmore's record. (Doc. No. 26, pp. 1-3).

Plaintiff's Objections are merely reassertions of the contentions found in her original brief. The undersigned notes that the Magistrate Judge did not find that there were no trigger points indicated in her evaluations, he merely observed that ALJ Gold remarked that there were no trigger points indicated in Plaintiff's evaluations. Plaintiff's

contention that there was not good cause to discount her treating physician's opinion is without merit because the record contains substantial evidence that Dr. Goggans' assessment was inconsistent with: the course of treatment she pursued, the objective findings, Plaintiff's reported activities of daily living, and the opinions of the State Agency Consultants. The Magistrate Judge sufficiently addressed the Commissioner's failure to comment on Dr. Tidmore's record in his Report.

The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. The decision of the Commissioner is **AFFIRMED**. Plaintiff's Complaint is **DISMISSED**. The Clerk of the Court is authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 20 day of March, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE